UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALLEN OKECHUKWU CAUDLE PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-582-KHJ-MTP

MBMO TRUCKING, INC. DEFENDANT

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [22] Report and Recommendation. The Court adopts the [22] Report and dismisses this case without prejudice.

Pro se Plaintiff Allen Okechuwku Caudle ("Caudle") filed his [2] Complaint on July 9, 2026, in the United States District Court for the Eastern District of Pennsylvania. Compl. [2]. That court transferred Caudle's case here. Order [18].

On August 12, 2026, this Court ordered Caudle to show cause no later than August 26, 2026, why his action should not be dismissed for failure to comply with pre-filing requirements imposed by the United States District Court for the Northern District of Alabama.[1] *See* Order [21]. Caudle did not respond.[2]

To date, Caudle has not responded to the Court's [21] Order, explained his failure to comply with applicable pre-filing requirements, or made any effort to

---

[1] After Caudle filed more than 56 pro se lawsuits in less than a year within the district, the Alabama district court labeled him a "vexatious litigant" and imposed strict pre-filing requirements. *See* R & R [22] at 2.

[2] The Court mailed Caudle a copy of the [21] Order to his address of record. It has not been returned as undeliverable.

prosecute his case. The [22] Report recommends dismissing this action without prejudice. R & R [22] at 3.

The [22] Report notified Caudle that failure to file written objections within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 3–4. Caudle has not objected to the [22] Report, and the time to do so has passed.

When no party objects to a magistrate judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse of discretion, and contrary to law standards of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court finds that the [22] Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court ADOPTS the [22] Report and DISMISSES the case without prejudice. The Court will issue a separate final judgment consistent with this Order.

The Court has liberally construed the pleadings and considered all arguments. Those it does not address would not have changed the outcome.

SO ORDERED, this 18th day of September, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE